UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROPETROL LIMITED,

                        Petitioner,

-against-

QMF ENERGY DMCC,

                        Respondent.

24-CV-00330 (MMG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2024

MARGARET M. GARNETT, United States District Judge:

      The Court is in receipt of Petitioner's letter-motions regarding service of Respondent (Dkt. No. 11) and adjourning the Initial Pretrial Conference and deadline to submit a joint letter and proposed Civil Case Management Plan (Dkt. No. 12).

      It is hereby ORDERED that Petitioner shall file formal proof of service of Respondent no later than **April 30, 2024**. In this regard, the Court is satisfied that Petitioner has made a *prima facie* showing that service on Respondent was timely and effective under Fed. R. Civ. P. 4.

      It is further ORDERED that the Initial Pretrial Conference shall be ADJOURNED to **Monday, May 20, 2024, at 11:00 a.m.** The conference shall be held in-person in Courtroom 906 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. Pursuant to the Court's Individual Rules & Practices, the parties shall submit their joint letter and proposed Civil Case Management Plan no later than **May 13, 2024**.

      It is further ORDERED that Petitioner serve a copy of this Order upon Respondent, either by electronic means or by first-class mail with proof of delivery, within **one week of the date of this Order**.

      The Clerk of Court is respectfully directed to terminate Dkt. Nos. 11 and 12.

Dated: April 25, 2024
       New York, New York

                                                        SO ORDERED.

                                                        MARGARET M. GARNETT
                                                        United States District Judge